452 A.2d 1084

Commonwealth v. Abner, Appellant.

Submitted June 7, 1982. Robert F. Pappano, Assistant Public Defender, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.